[No. 61362-6-I.   Division One.   January 20, 2009.]

LARRY BEVINS ET AL., *Appellants*, v. ROBERT IAN KNAPP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-2-02370-1, Steven J. Mura, J., entered February 8, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61392-8-I.   Division One.   January 20, 2009.]

*In the Matter of the Marriage of* DALE NGUYEN, *Appellant*, and JEANNIE TRANG NGUYEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06905-5, Jay V. White, J., entered February 22, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61452-5-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL CORODAN MATIC, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02926-0, Kenneth L. Cowsert, J., entered March 14, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61522-0-I.   Division One.   January 20, 2009.]

TAM NGUYEN, *Plaintiff*, HUONG TRAN ET AL., *Appellants*, v. THE PORT OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-29445-9, Jay V. White, J., entered April 11, 2008. *Affirmed* by unpublished per curiam opinion.